842

No. 334. STOCKARD STEAMSHIP CORP. ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *J. Franklin Fort, John Cunningham* and *Israel Convisser* for petitioners. *Solicitor General Rankin* for the United States.

No. 340. SCOTT ET AL. *v.* UNION PRODUCING CO. ET AL. C. A. 5th Cir. Certiorari denied. *John C. White* and *John H. Dittmar* for petitioners. *Thomas Fletcher* and *James C. Abbott* for respondents.

No. 352. SOCONY MOBIL OIL CO., INC., *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Frank C. Bolton, Jr., William S. Richardson* and *John E. McClure* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Willard W. Gatchell, Howard E. Wahrenbrock* and *Peter H. Schiff* for respondent.

No. 368. HUMBLE OIL & REFINING CO. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Carl Illig, William J. Merrill* and *Bernard A. Foster, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Willard W. Gatchell, Howard E. Wahrenbrock* and *Peter H. Schiff* for respondent.

No. 396. GOLDFINE ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Thurman Arnold, Abe Krash* and *Harold Rosenwald* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States.